

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEVORIS NEWSON, | § | No. 08-24-00115-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court of Law 4 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2019DCO2154) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF MAY 2024.


LISA J. SOTO, Justice


Before Palafox, J., Soto, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge) (sitting by assignment)